**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES MOOS,                                    No. C 06-03791 SI

        Plaintiff,                         **ORDER DISMISSING ACTION**

  v.

CROWLEY LINER SERVICES, INC.,

        Defendant.
_____/

     Pursuant to this Court's August 7, 2006 Order Granting Defendant's Unopposed Motion to Dismiss, this action was dismissed with leave to amend by August 25, 2006.  Plaintiff was informed that if no amended complaint was filed by that date, the dismissal would become final and judgment would be entered.

     No amended complaint has been filed.  Accordingly, dismissal is final and judgment will be entered.

     **IT IS SO ORDERED.**

Dated: September 22, 2006

                                                _____
                                              SUSAN ILLSTON
                                              United States District Judge